FILED

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0549

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-0549

PETER B. HUTTON
          Plaintiff and Appellant

    v.

ESTATE OF JERALD NYHART,
by and through the Personal Representative, SANDY NYHART
          Defendant and Appellee

AND

POINT OF ROCKS ANGUS RANCH, INC.;
SHERRY N. SMITH, an individual
          Defendants and Appellees

## ORDER GRANTING EXTENSION OF TIME TO FILE APPELLEES' ANSWERING BRIEF(S)

WHEREAS, Appellees Point of Rocks Angus Ranch, Inc. and Sherry N. Smith have filed a Motion for Extension of Time to for all Appellees to file their Answering Brief(s);

WHEREAS, Appellant's counsel has been contacted and has no objection;

NOW THEREFORE, upon good cause,

IT IS HEREBY ORDERED that Appellees' Answering Brief(s) is/are due May 3, 2022.

Dated this ___ day of March, 2022.

               Mike McGrath, Chief Court Justice

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 28 2022